IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY GILLMAN, ESQUIRE | : | CIVIL ACTION |
| *as guardian ad litem for Aiden Pomper* | : | |
| | : | No. 23-3757 |
| v. | : | |
| | : | |
| AAA MID-ATLANTIC INSURANCE GROUP | : | |
| | : | |

**ORDER**

AND NOW, this 22nd day of April, 2024, upon consideration of Defendant AAA Mid-Atlantic Insurance Group's Motion to Dismiss Claims of Bad Faith and Prayer for Punitive Damages (ECF No. 6) and Plaintiff Jeffrey Gillman, Esquire's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED, and Count II of Gillman's Complaint is DISMISSED WITHOUT PREJUDICE.

It is FURTHERED ORDERED Gillman may file a Second Amended Complaint on or before May 20, 2024.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.