IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GILLMAN, Esquire,** | : | |
| as *guardian ad litem* for | : | |
| **Aidan Pomper** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | **No. 23-3757** |
| **v.** | : | |
| | : | |
| **AAA MID-ATLANTIC** | : | |
| **INSURANCE GROUP** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 14th day of August 2024, upon consideration of Defendant AAA Mid-Atlantic Insurance Group's Motion to Dismiss Claims of Bad Faith and Prayer for Punitive Damages (ECF 22) and the Response thereto by Plaintiff Jeffrey Gillman, Esquire, as Guardian ad Litem for Aidan Pomper (ECF 23), it is **ORDERED** that the Motion is **GRANTED**, and Count II of Plaintiff's Second Amended Complaint is **DISMISSED**.

It is **FURTHER ORDERED** that Defendant shall answer the remaining claim in Plaintiff's Second Amended Complaint (ECF 18) on or before **August 28, 2024**.

BY THE COURT:

---
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*